## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA       :       CRIMINAL NO. M 12471-96

v.       :       ISSUED BY: <u>FREDERICK DORSEY</u>
                                    JUDGE

<u>SHAWN A. TURNER</u>       :

### BENCH WARRANT
**May be served at any place within the jurisdiction of the United States.**
*Unless Specified Otherwise Below*

TO:  The United States Marshal for the Superior Court of the District of Columbia or any other authorized federal officer or the Chief of Police of the District of Columbia

GREETINGS;   YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other person enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below. ( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

*BASIS FOR WARRANT AND DESCRIPTION OF CHARGES*

<u>FAIL TO APPEAR FOR SENTENCING   - POSSESSION OF MARIJUANA</u>

(✓) This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d)(1996)

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT - THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to

*IDENTIFICATION OF PERSON TO BE ARRESTED*

ALIAS:

ADDRESS: <u>1645 WEST VIRGINIA AVE NE #4</u>

D.C. MPD PDID NO: <u>417-923</u>       DATE OF BIRTH: <u>7/22/74</u>   SEX: <u>MALE</u>       RACE:

HEIGHT:       WEIGHT:       OTHER:

OTHER:

WITNESS, The Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of

said Court this <u>5TH</u> day of <u>OCTOBER</u>, <u>2001</u>.

BAIL FIXED BY THE COURT                    Superior Court of the District of Columbia

AT: <u>$5,000.00 CASH OR SURETY</u>       BY: <u>BELINDA CARR</u>
                                    ( ) Judge   ( ) Hearing Commissioner   (X) Deputy Clerk

A TRUE COPY

RETURN: This warrant was received and executed with the arrest of the above-named

Date Received:       Name & Title of Arresting Officer

Date Executed:       Signature of Arresting Officer

By _____ Deputy Clerk

White – Court       Yellow – U.S. Marshal

Form CD 207B/Aug. '99

U.S. Department of Justice
United States Attorney's Office
*District of Columbia*

M124716     M124716

**Superior Court of the District of Columbia**

Criminal Division

---

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: __Shawn A. Turner__     417-923
                    (First)     (MI)     (Last)     PDID#

Defendant's Address: __1109 - 16th St., N.E.__

did on or about __Oct. 21, 1996__     CCR#

commit the crime or crimes indicated herein and identified by an X-mark or X-marks:

[X] **POSSESSION OF A CONTROLLED SUBSTANCE** — in that he knowingly and intentionally possessed a controlled substance, that is __cannabis (marijuana)__, in violation of Section 33-541(d), District of Columbia Code.

[ ] **POSSESSION OF A CONTROLLED SUBSTANCE** — in that he knowingly and intentionally possessed a controlled substance, that is _____, in violation of Section 33-541(d), District of Columbia Code.

[ ] **DISTRIBUTION OF A SCHEDULE V CONTROLLED SUBSTANCE** — in that he knowingly and intentionally distributed a quantity of cannabis (marijuana), a Schedule V controlled substance, in violation of Section 33-541(a)(1)(2)(D), District of Columbia Code.

[ ] **DISTRIBUTION OF A SCHEDULE V CONTROLLED SUBSTANCE** — in that he knowingly and intentionally distributed a quantity of cannabis (marijuana), a Schedule V controlled substance, in violation of Section 33-541(a)(1)(2)(D), District of Columbia Code.

[ ] **POSSESSION WITH INTENT TO DISTRIBUTE A SCHEDULE V CONTROLLED SUBSTANCE** — in that he knowingly and intentionally possessed with intent to distribute a quantity of cannabis (marijuana), a Schedule V controlled substance, in violation of Section 33-541(a)(1), (2)(D), District of Columbia Code.

[ ] **POSSESSION OF DRUG PARAPHERNALIA** — in that, with the intent to use it for administration of a controlled substance by subcutaneous injection in a human being, he possessed a hypodermic needle and syringe which contained a quantity of a controlled substance, in violation of Section 33-550, District of Columbia Code.

[ ] **POSSESSION OF DRUG PARAPHERNALIA WITH INTENT TO USE** — in that he possessed with intent to use and used drug paraphernalia, that is _____, to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inhale, ingest, and otherwise introduce into the human body a controlled substance, in violation of Section 33-603(a), District of Columbia Code.

[ ] **POSSESSION OF DRUG PARAPHERNALIA WITH INTENT TO DELIVER AND SELL** — in that he had in his possession, with intent to deliver and sell, drug paraphernalia, that is, _____, knowingly, and having reason to know that it would be used to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale and otherwise introduce into the human body a controlled substance, in violation of Section 33-603(b), District of Columbia Code.

[ ] **SALE OF DRUG PARAPHERNALIA** — in that he delivered and sold drug paraphernalia, that is _____, knowingly and having reason to know that it would be used to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale and otherwise introduce into the human body a controlled substance, in violation of Section 33-603(b), District of Columbia Code.

United States Attorney for the District of Columbia

By: Assistant United States Attorney for the District of Columbia
     *Denise M Abrahams*            Date: Oct. 21, 1996

Officer: A. Fogle #61     1ps     District: 5

CJ-1
1/3/89

U.S. ATTORNEY'S COPY     ** TOTAL PAGE.04 **